**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | |
|---|---|
| **Re** <br><br> **TODD LINCOLN SHILLAM** <br><br> **Debtor.** | **In Chapter 13 Proceeding<br>No. 14-45915-BDL** <br><br> **EX PARTE MOTION FOR ORDER ALLOWING SETTLEMENT AGREEMENT TO BE FILED UNDER SEAL** |

It is hereby moved by the above referenced Debtor through his attorney of record:

1. Debtor requests that the Settlement Agreement which will be an Exhibit in his Motion to Approve Settlement and Debtor's Exemptions be allowed to be filed under seal due to the sensitive and confidential nature of the settlement.

Dated June 13, 2019

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958