# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** <br><br> **TODD LINCOLN SHILLAM** <br><br> **Debtor.** <br> _____ | **In Chapter 13 Proceeding** <br> **No. 14-45915-BDL** <br><br> **EX PARTE** <br> **ORDER ALLOWING SETTLEMENT AGREEMENT TO BE FILED UNDER SEAL** |

It is ORDERED that the Debtor's Settlement Agreement which is an Exhibit to the Debtor's Motion to Approve Settlement and Debtor's Exemptions may be filed under seal due to the confidential nature of the settlement.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958