**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: July 17, 2019**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: July 10, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>TODD LINCOLN SHILLAM,<br><br>Debtor. | Case No.: 14-45915-BDL<br><br>TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO APPROVE SETTLEMENT AND DEBTOR'S EXEMPTIONS |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and responds to Debtor's Motion to Approve Settlement and Debtor's Exemptions ("Motion")(ECF No. 24), as follows:

## BACKGROUND

Debtor filed this Chapter 13 case on November 3, 2014. The applicable commitment period is sixty months. The case is currently in the fifty sixth month. The bar date for filing non-governmental claims was March 4, 2015. Filed unsecured claims total $46,693.83. The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $0.00.

RESPONSE

- 1 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## RESPONSE

Trustee does not generally oppose Debtor's Motion; however, Trustee requests that language be added to the proposed order specifically authorizing him to disburse the non-exempt liquidation value of $28,097.91 to unsecured creditors upon receipt of the same.

**WHEREFORE**, subject to the condition above, Trustee requests that the Motion be granted.

**DATED** this 10th day of July, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

RESPONSE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600